Ancillary Billing Services LLC
4004 Route 9 South
Morganville, NJ 07751

Avaya Inc.
14400 Hertz Quail Springs Parkway
Oklahoma City, OK 73134-2608

BLR
141 Mill Rock Road East
Old Saybrook, CT 06475

Department of the Treasury
Internal Revenue Service
P.O. Box 724
Springfield, NJ 07081-0724

Dr. David Rasa
468 Parish Drive
Wayne, NJ 07470

Eastern Medical Supply
P.O Box 209
Hainesport, NJ 08036

Ford Credit
P.O. Box 31111
Tampa, FL 33631-3111

Global Healthcare Alliances, L.L.C.
c/o Jennifer H. Thompson, President
2 West Lake Court
Morganville, NJ 07751

GMAC Commercial Mortgage Corporation
650 Dresher Road
P.O. Box 1015
Horsham, PA 19044-8015

Harling Communications, Inc.
18 E. Dundee Road
Barrington, IL 60010-5270

Harling Communications, Inc.
18 E. Dundee Road
Barrington, IL

Housekeepers Plus
33 Birchwood Road
Clifton, NJ 07012

Kerssen, Eric
37 Beave Avenue
West Milford, NJ 07480

```
Medirisk
3565 Piedmont Road NE
Atlanta, GA 30305

Onward Health
P.O. Box 27421
New York, NY 10087

Raytel Cardiac Services
P.O. Box 5746
Hartford, CT 06102-5746

S&S Worldwide
P.O. Box 516
Colchester, CT 06415

Sanchez, Raymond
8 Sunnyridge Road
Spring Valley, NY 10977

Technical Gas Products
P.O. Box 522
Southport, CT 06490

Tooley, Adrian
c/o Matthew R. Grabell, Esquire
Grabell & Associates, P.A.
Two University Plaza, Suite 507
Hackensack, NJ 07601

Zimmet Healthcare Services Inc.
4006 Route 9 South
Morganville, NJ 07751
```